IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MARTIN,

    Petitioner,

v.                                                 4:16cv179–WS/GRJ

SEC'Y, DEP'T OF CORR.,

    Respondent.

_____

## ORDER DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 20) docketed February 11, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be DENIED. Petitioner has filed objections (ECF No. 21) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed

to show that he is entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this   22nd   day of   March  , 2019.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE.